IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAPHNE COLE, WA 7462,

No. CV-12-2854 CRB  (PR)

Petitioner,

**JUDGMENT IN A CIVIL CASE**

v.

DEBORAH K. JOHNSON , Warden,

Respondent.
_____/

**( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Respondent's motion to dismiss the petition for a writ of habeas corpus as unexhausted is GRANTED.  The petition is dismissed without prejudice to refiling after state judicial remedies are exhausted.

Dated: June 13, 2013                                      Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk